**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ISRAEL ALVARO VASQUEZ DIAZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents. | )<br>)<br>)   Civil Action No. 25-cv-03603-LKG<br>)<br>)   Dated: November 21, 2025<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

On November 3, 2025, the Petitioner filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On November 12, 2025, the Government filed a response in opposition to the petition and a motion to dismiss. ECF No. 9. On November 21, 2025, the Court held a hearing on the Petitioner's petition for a writ of habeas corpus and the Government's motion to dismiss. ECF No. 12.

For the reasons stated during the hearing, the Court:

(1) **GRANTS-in-PART** the Petitioner's petition for writ of habeas corpus (ECF No. 1);

(2) **DENIES** the Government's motion to dismiss (ECF No. 9);

(3) **ORDERS** the following:

   a. The Respondents are **ENJOINED** from detaining the Petitioner pursuant to 8 U.S.C. § 1225(b) for the reasons stated during the November 21, 2025, hearing;

   b. **On or before December 4, 2025**, the Respondents shall return the Petitioner to the Baltimore Field Office of U.S. Immigration and Customs Enforcement ("ICE") located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21201 (the "ICE Baltimore Field Office") for an initial determination by an immigration officer on the Petitioner's bond or detention under 8 U.S.C. § 1226(a);

c. If the immigration officer does not release the Petitioner on a bond, the Respondents shall arrange for the Petitioner to receive, **on or before December 4, 2025**, a bond hearing before an immigration judge, at which he can be represented by his present counsel, at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland.

d.  The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and the Respondents shall provide the Petitioner with any other process due to him under these provisions.

e. During any ICE detention following the immigration officer's determination and before any bond hearing to occur in accordance with this Order, the Petitioner shall be detained in a state immediately adjacent to Maryland.

f. If the Petitioner is not released on bond by an immigration officer, or provided with a bond hearing before an immigration judge, **on or before December 4, 2025**, the Respondents shall release the Petitioner from custody from the ICE Baltimore Field Office.  If released, the Petitioner may be subject to conditions, including a requirement that he appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland.

**IT IS FURTHER ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order

**IT IS FURTHER ORDRED** that the parties shall **FILE** a joint status report **on or before December 8, 2025**, to confirm if the Respondents have provided the Petitioner with a bond hearing.  If the Petitioner has not been released from custody, the Respondents shall state whether and when a bond hearing was held in accordance with this Order and shall further inform the Court of the grounds for the immigration judge's decision.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge