IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ISRAEL ALVARO VASQUEZ DIAZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PAMELA BONDI, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 25-cv-03603-LKG <br><br> Dated: December 9, 2025 |

## ORDER

On November 3, 2025, the Petitioner filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On November 21, 2025, the Court granted-in-part the Petitioner's petition for writ of habeas corpus and ordered that the Respondents return the Petitioner to the Baltimore Field Office of U.S. Immigration and Customs Enforcement and, among other things, provide the Petitioner with a bond hearing, pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19 and 1236.l. ECF No. 13. On December 8, 2025, the parties filed a joint status report stating that the Petitioner was provided with a bond hearing and released on a $10,000 bond on December 3, 2025. ECF No. 14 at 1-2. And so, the parties request that the Court close this matter. *Id*. at 2.

In light of the foregoing, the Court **DISMISSES** the petition for a writ of habeas corpus (ECF No. 1).

The Clerk of the Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge